ARTHUR A. BALLANTINE, as Trustee of CONTINENTAL SECURITIES CORPORATION, Respondent, v. VINCENT E. FERRETTI and Others, Defendants, Impleaded with ROBERT STRANGE and GILBERT OTTLEY, Appellants.— Order unanimously affirmed,

with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLIFFORD J. KOHL-MEYER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.